**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| PROVIDENCE TOWN CENTER LP, | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | NO. 09-3902 |
| | : | |
| v. | : | |
| | : | |
| RAYMOURS FURNITURE COMPANY, | : | |
| INC., | : | |
| Defendant. | : | |

## ORDER

AND NOW, this 13th day of November 2009, for the reasons stated in the foregoing

Memorandum, it is hereby ORDERED that Defendant's Motion to Strike Paragraphs 19 and 49

of the Complaint (Docket No. 3) is DENIED without prejudice.

BY THE COURT:

/s/ Michael M. Baylson
Michael M. Baylson, U.S.D.J

O:\CIVIL 09-10\09-3902 Providence Town Ctr. v. Raymours Furniture\Providence Town Ctr. LP v. Raymours
Furniture Co. - Order.wpd